**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-00143-REB-MJW

DEMETRIUS MOORE,

     Plaintiff,

v.

RICHARD BANTA, and
CRABTREE AMUSEMENT, INC.,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter is before me on the **Stipulation of Dismissal with Prejudice** [#79],[1] filed March 11, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation of Dismissal with Prejudice** [#79], filed March 11, 2015, is approved;

     2.  That all pending pretrial deadlines are vacated;

     3.  That the combined Final Pretrial Conference/Trial Preparation Conference set June 26, 2015, at 10:00 a.m. is vacated;

---

[1] "[#79]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

4.  That the jury trial set to commence July 13, 2015, is vacated; and

5.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated March 12, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge